# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

TIMOTHY MCINTYRE,

           Plaintiff,

vs.

PAYPAL, INC. and EBAY, INC.,

           Defendants.

**Case No. 8:09-cv-00463**

**ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time to Further Plead (Filing No. 8). Upon review of the file, and for good cause shown,

IT IS ORDERED that the Joint Motion is granted as follows:

1. Plaintiff shall file an Amended Complaint no later than February 18, 2010.

2. Defendants PayPal, Inc. and eBay, Inc., shall answer or otherwise respond to the Amended Complaint no later than February 25, 2010.

DATED February 11, 2010.

           BY THE COURT:

           s/ F.A. Gossett
           United States Magistrate Judge