# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY MCINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV463 |
| vs. | ) | |
| | ) | ORDER |
| PAYPAL, INC. and EBAY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the file,

**IT IS ORDERED**:

1. The parties are given a final extension of time until and including **May 10, 2010** in which to confer and file a joint Rule 26(f) planning report.

2. Plaintiff's counsel is responsible for initiating the scheduling of the parties' planning conference.

**DATED April 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**