# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY MCINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV463 |
| vs. | ) | |
| | ) | ORDER |
| PAYPAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the Mediation Closure Notice (Doc. 18) reporting that the parties have reached an agreement on all issues,

**IT IS ORDERED:**

1. On or before **August 20, 2010,** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a proposed order which will fully dispose of the case.

2. All pending deadlines and hearings are terminated upon the representation that this case is settled.

3. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED July 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**